# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**LOT LEVI HAUGTON,**

        **Plaintiff,**

**-vs-**                      **Case No.  8:05-cv-1583-T-24TGW**

                      **(Criminal Case No.:  8:03-CR-479-T-24TGW)**

**UNITED STATES OF AMERICA,**

        **Defendant.**

_____

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order entered 7/7/2006, the Defendant's motion to vacate, set aside or correct sentence, is hereby denied. Judgment is entered in favor of the United States of America.

                      SHERYL L. LOESCH, CLERK

                      _/s/C. Ayers_____
                      By:

Date:   July 10, 2006

Copies furnished to:

Counsel of Record
Unrepresented Parties